

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ROBERT JESSIE MORALES, | § | No. 08-20-00102-CR |
| Appellant, | § | Appeal from |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| State. | § | (TC# 19-09-06141-CRW) |
| | § | |

# **O R D E R**

The Court GRANTS the Pro Se's third motion for extension of time within which to file the brief until **December 31, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE PRO SE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Robert Jessie Morales, pro se, prepare the Pro Se brief and forward the same to this Court on or before December 31, 2020.

IT IS SO ORDERED this 1st day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.